**No. 50941.**—Protest 80303–K of Wing Woh Chong Hing Kee Co. (New York).

Opinion by OLIVER, P. J.   At the trial a Government chemist testified that he had analyzed a sample of the merchandise and found it to consist entirely of synthetic phenolic resin with a little pigment, and that the synthetic resin did not serve as a binding agent.   The case was submitted, plaintiff citing Abstract 50190.   Upon the record presented and following the authority cited the chopsticks in question were held properly dutiable at 20 percent under paragraph 1558 as claimed.

**No. 50942.**—Protest 106705–K of Wing On Co. (New York).

Opinion by OLIVER, P. J.   At the trial a Government chemist testified that he had analyzed a sample of the merchandise and found it to consist entirely of synthetic phenolic resin, and that the synthetic resin was not a binding agent. The case was submitted, plaintiff citing Abstract 49907.   Upon the record presented and following the authority cited, the mah jong sets in question were held properly dutiable at 20 percent under paragraph 1558 as claimed.

**No. 50943.**—Protests 117390–K, etc., of Coro, Inc., et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 13, 1946

**No. 50944.**—Protests 92121–K, etc., of Walter G. Berger & Co. et al.   (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.